IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
*Pro Se* **Non-Prisoner Complaint Form**

*[Enter the full name of the plaintiff in this action]*

__Glyxin DRAVIN Von Fox__

)   Civil Action No.
)   2:16-cv-00179-RMG-MGB
)   *(to be assigned by Clerk)*

v.

*[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]*

__Medical University__
__at South Carolina__

**If allowed by statute, do you wish to have a trial by jury?**  Yes _____   No _____
*[If any answer requires additional space, please use additional paper and attach hereto.]*

**I.  PREVIOUS LAWSUITS**
   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes _____   No _____

   B.  If your answer to A is Yes, describe the lawsuit in the space below. *[If more than one lawsuit, describe on another sheet of paper using the same outline.]*

      1.  Parties to this previous lawsuit:
          Plaintiff: _____
          Defendant(s): _____
      2.  Court: _____

*(If federal court, name the district; if state court, name the county)*

3. Docket Number: _____

4. Name(s) of Judge(s) to whom case was assigned: _____

5. Status of Case: _____
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. Date lawsuit was filed: _____

7. Date of disposition (if concluded): _____

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

Yes _____    No _____

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: _____

   Address: _____

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: _____

   Address: _____

C. Additional Defendants (provide the same information for each defendant as listed in Item B above):

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

## III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.*

2:16-cv-00179-RMG    Date Filed 01/20/16    Entry Number 1    Page 3 of 11

*Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

SEE ATTATCHED

## Malpractice, Refusal of Service, and HIPPA Violations by MUSC

1. The first issue that I have with the Medical University of South Carolina (MUSC) is with the diagnosis of a medical condition that was derived from a Japanese Buddhist doctor from Tokyo, Japan in 2013. When I was forced medication in Tokyo, Japan by a Buddhist doctor as an Anglican (Which my name is translated into the Shinto kami god Kitsune, and they made that apparent in the country of Japan through court documents. So, the influence of a national religion is on the Japanese doctor to make issues with my last name, and apparently after research, there is no surnames in Japan with Fox [Kitsune]), I was given medicine that was legal in Tokyo, but illegal in the USA. When I went through immigration with Immigration and Naturalization Service (INS) agents I was informed what the medicine was, and told to probably check into an emergency room for a check up on the medicine. When I returned home, I went to the emergency room at MUSC where I gave the medicine to the emergency room personnel Dr. Christine M. Carr, and I told her to look into the medicine from Japan that was forced on me. I was given no paperwork describing anything that was diagnosed by Dr. Carr. My stepfather Marc Gore stayed with me in the emergency room, and I acted normal with no issues whatsoever. He can testify to the ability of myself to have proper conduct in the hospital, and having returned from Tokyo, Japan acting normal in the airport. I was told that I needed to stay over in an evaluation period. I stayed in the hospital under Emergency room styled care, and basically read the Divine Comedy the entire time that I was there. I was evaluated by Dr. James

Fox with a group of resident students, and given a diagnosis of the same thing that the Japanese Buddhist doctor in Tokyo, Japan gave me because I was an Anglican in Japan. I was not given any test, or any kind of answers as to what the medication from Japan was for. I left the hospital with an appointment with the first doctor who was a young female at MUSC, Dr. Laura Lynn Drewencki. We went through certain things that were relevant to the understanding that the Japanese Buddhist doctor from Tokyo, Japan was probably not the best friend of an Anglican, and was probably a little upset from Fukushima. I continued to use doctors at MUSC with Dr. Jenna Steele being the next doctor who showed the ability to communicate with my lawyer properly under my command without violating my HIPPA rights. I then switched to another doctor while Dr. Jenna Steele was out on maternity leave. This was a Dr. Challyn Malone who took over at this point and we discussed the same issues again with the medical condition. Still at this time as in every change of doctor, I have human confirmation (NYPD shield #2693 [Handwriting is sloppy on report for name.], NY/NJ Port Authority shield 2296 [Handwriting is sloppy on report for name.], US Immigration and Naturalization Service, US Airways, Stepfather, Mother, Son, Grandmother, Charleston Police Department, ASU professors with a 3.4 GPA, and the Chief of the Waccammaw Indian Tribe of South Carolina.) that I am not acting unusual at all. However, the whole time from Dr. Jenna Steele to the present doctor Dr. Lisa Boyar, I am in a constant argument with Endocrinology and the psychiatrists over A1C levels that are extremely high. The Endocrinologist

Dr. Nicoleta D. Sora and a resident by the name of Dr. Jones argued with me, and Dr. Lisa Boyars in person and through the MUSC internal messaging system that is accessed through a password and login on a internal server system, and assuming it is under federal grant with over watch by a federal agency for life and death issues I would need discovery to see the arguments on paper. Dr. Jones informed me that she was putting in another request to take me off of medication that was causing my A1C to increase to a high level that could have caused me a heart attack and possible death. Dr. Lisa Boyars got the information from Dr. Sora and Dr. Jones and continued to prescribe me with the medication. This issue shows the amount of intimidation that I was under, the amount of malpractice, and the amount of bodily damage.

2. The next issue that I have is with Dr. Lisa Boyars and her supervisor Dr. Gywnett regarding refusal of treatment of healthcare that they started to provide, but when told of HIPPA violations they refused treatment telling me to go elsewhere. The issue of the HIPPA violation is when Dr. Lisa Boyar received a phone call from my attorney at the time Cameron Blazer, Esq. about some carbon copy emails and letters that she received when I was conducting business with a couple of state recognized Native American entities for assistance with 25 CFR Part 83 with the Bureau of Indian Affairs (BIA), religious figures, foreign countries, monarchial elements, and US Senators and Representatives (Sen. Lindsay Graham and Rep. Jim Clyburn). These were normal letters, and I do not see the emergency in the issue with these letters that Cameron Blazer, Esq. claims. This is not just the issue of HIPPA

violations, but the fact that Dr. Lisa Boyar was told not to talk to anyone about my medical records or anything else on the 2nd of November, 2016, and that would have rejected any issue that Cameron Blazer, Esq. would have had to talk to my doctor. Also, under protocol with MUSC the change in doctors from Dr. Jenna Steele to Dr. Lisa Boyar would have made Cameron Blazer, Esq. submit a request to another doctor with MUSC. This did not happen, so Dr. Lisa Boyar broke a MUSC protocol as well as my HIPPA rights to disclosure, and also my privacy protection by the federal government if they receive federal funding as a hospital or university under the US Department of Education or US government proper. Before any of this took place regarding the violation of my HIPPA rights and privacy act, I was asked repeatedly what I was regarding race. Which I told her that I was British and Native American, and after revealing this I was asked my constant involvement in the tribe that I was working for as a Federal Acknowledgment Officer for the Santee (Santé) Indian Tribe of South Carolina. Which I work with Director Lee Fleming all the time regarding a petition that was created with the help of Brockington and Associates in Mt. Pleasant, SC. I am currently seeking the Pamunkey Tribe of Virginia documents for the federal recognition process, and am waiting on the final approval under the Freedom of Information Act (FOIA), in order to understand Civil War, American Revolution, and Elizabethan (Concerning Jamestown, VA) documents. After I disclosed this, Dr. Lisa Boyar made the moves to violate my HIPPA rights, privacy act, and refusal of treatment.

3.  The last issue that I have is with the ability to have my medical records stopped from release by MUSC for invoking my civil rights. As stated in bullet point series on this document as number 1, they have even harassed me from the records department concerning my name in Japanese on the envelope as "Bon Fox", which is a reference to the Bon Festival in Japan nationwide to celebrate the Emperor of Japan and Kitsune (The Shinto God of Messengers, similar to Hermes in Greek Pagan Mythology that is no longer practiced as a religion, just academically through the Classics discipline.). Even further to this, I have had my secretary send two attempts to get these medical records released to me, and the first time it went through by fax, and MUSC said that they did not receive the fax. This stalled my ability to get the medical documents in order to change private hospitals that I pay the bills for through my insurance.

III. STATEMENT OF CLAIM - *continued*.

(SEE ATTACHED)

## What Do I Want the Court to Do

I would like the court to prosecute those at MUSC that are found at fault for the misdiagnosis based on the Japanese doctor in Tokyo, Japan, the use of medication in a manner that was damaging to my bodies A1C, which could have caused a heart attack or a manner of death. If awarded in favor of myself, I would like the amount of 20 million USD in a JP Morgan wealth management account, or equal beachfront real estate in Malibu, California.

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

SEE ATTACHMENT

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __15__ day of __January__, 20__16__.

_____
Signature of Plaintiff