FILED: September 15, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1265 (L)
(2:16-cv-00106-RMG)

_____

GLYNNDEAVIN VON FOX

        Plaintiff - Appellant

v.

THE STATE OF SOUTH CAROLINA

        Defendant - Appellee

_____

No. 16-1272
(2:16-cv-00132-RMG)

_____

GLYNNDEAVIN VON FOX

        Plaintiff - Appellant

v.

THE STATE OF SOUTH CAROLINA; SOUTH CAROLINA GOVERNOR
NIKKI HALEY

Defendants - Appellees

_____

No. 16-1276
(2:16-cv-00179-RMG)
_____

GLYNNDEAVIN VON FOX

Plaintiff - Appellant

v.

MEDICAL UNIVERSITY OF SOUTH CAROLINA

Defendant - Appellee

_____

No. 16-1312
(2:16-cv-00097-RMG)
_____

GLYNNDEAVIN VON FOX

Plaintiff - Appellant

v.

ARIZONA STATE UNIVERSITY

Defendant - Appellee

_____

No. 16-1313

(2:16-cv-00187-RMG)

_____

GLYNNDEAVIN VON FOX

   Plaintiff - Appellant

v.

MARKET STREET PAVILION HOTEL

   Defendant - Appellee

_____

No. 16-1314
(2:16-cv-00188-RMG)

_____

GLYNNDEAVIN VON FOX

   Plaintiff - Appellant

v.

COLLEGE OF CHARLESTON

   Defendant - Appellee

_____

No. 16-1315
(2:16-cv-00186-RMG)

_____

GLYNNDEAVIN VON FOX

>   Plaintiff - Appellant

v.

RITZ CARLTON CORPORATION

>   Defendant - Appellee

------------------------

No. 16-1316
(2:16-cv-00225-RMG)

------------------------

GLYNNDEAVIN VON FOX

>   Plaintiff - Appellant

v.

JAPAN, The Sovereign Country of

>   Defendant - Appellee

------------------------

No. 16-1333
(2:16-cv-00184-RMG)

------------------------

GLYNNDEAVIN VON FOX

>   Plaintiff - Appellant

v.

PRENNER & MARVEL PA; STATE DEPARTMENT OF THE US, The; STATE OF SOUTH CAROLINA, The

Defendants - Appellees

———————————

No. 16-1334
(2:16-cv-00098-RMG)

———————————

GLYNNDEAVIN VON FOX

    Plaintiff - Appellant

v.

CITY OF CHARLESTON POLICE DEPARTMENT

    Defendant - Appellee

———————————

No. 16-1335
(2:16-cv-00227-RMG)

———————————

GLYNNDEAVIN VON FOX

    Plaintiff - Appellant

v.

SOUTH CAROLINA, The State of; SOLICITOR SCARLETT A WILSON

    Defendants - Appellees

———————————

No. 16-1336

(2:16-cv-00185-RMG)

———————————

GLYNNDEAVIN VON FOX

      Plaintiff - Appellant

v.

US STATE DEPARTMENT, The

      Defendant - Appellee

———————————

No. 16-1337
(2:16-cv-00131-RMG)

———————————

GLYNNDEAVIN VON FOX

      Plaintiff - Appellant

v.

THE STATE OF SOUTH CAROLINA; CHARLESTON COUNTY CLERK OF COURT

      Defendants - Appellees

———————————

No. 16-1338
(2:16-cv-00136-RMG)

———————————

GLYNNDEAVIN VON FOX

      Plaintiff - Appellant

v.

CHARLESTON POLICE DEPARTMENT

      Defendant - Appellee

------------------------

No. 16-1339
(2:16-cv-00228-RMG)

------------------------

GLYNNDEAVIN VON FOX

      Plaintiff - Appellant

v.

SOUTH CAROLINA, State of

      Defendant - Appellee

------------------------

No. 16-1340
(2:16-cv-00394-RMG)

------------------------

GLYNNDEAVIN VON FOX

      Plaintiff - Appellant

v.

DR MARISA NAVA, Ph.D.

      Defendant - Appellee

———————————

No. 16-1342
(2:16-cv-00180-RMG)

———————————

GLYNNDEAVIN VON FOX

      Plaintiff - Appellant

v.

SAVAGE LAW FIRM

      Defendant - Appellee

———————————

No. 16-1343
(2:16-cv-00181-RMG)

———————————

GLYNNDEAVIN VON FOX

      Plaintiff - Appellant

v.

L. RANDOLPH WAID, Ph.D.

      Defendant - Appellee

———————————

No. 16-1344
(2:16-cv-00182-RMG)

———————————

GLYNNDEAVIN VON FOX

  Plaintiff - Appellant

v.

GROVER BEAU SEATON, Esq.; B. J. BILTON, Paralegal; RACHEL MCKEIN, Esq.; SEATON LAW FIRM

  Defendants - Appellees

———————————

No. 16-1345
(2:16-cv-00183-RMG)

———————————

GLYNNDEAVIN VON FOX

  Plaintiff - Appellant

v.

KEEFER & KEEFER LLC

  Defendant - Appellee

———————————

M A N D A T E

———————————

The judgment of this court, entered August 24, 2016, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*